## Case No. 5,142.

### FRY v. YEATON.

[1 Cranch, C. C. 550.] [1]

Circuit Court, District of Columbia. July Term, 1809.

[1] [Reported by Hon. John McLean, Circuit Justice.]

[1] [Reported by Hon. William Cranch, Chief Judge.]

C. Lee, for plaintiff,

THE COURT allowed the costs of taking the deposition to be taxed in the bill of costs.